# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DOMONIQUE WHITE

VERSUS

MICHAEL JOHN RYALL, JR.

NO.  2024 CW 0900

**SEPTEMBER 30, 2024**

---

In Re:    Michael John Ryall, Jr., applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 226,191.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT